# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 9:07-CV-0491 (DNH)(GJD)

**ALSHON C. WILLIAMS**

- v -

**R.K. WOODS, Superintendent, Upstate Correctional Facility; and THOMAS G. EAGEN, Grievance Director**

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for plaintiff's failure to comply with the Decision and Order of the Honorable David N. Hurd, United States District Judge, filed May 31, 2007.

 August 21, 2007 
DATE

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
(BY) DEPUTY CLERK

Entered and served on August 21, 2007